UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSIE DUNN,<br>　　　　Plaintiff<br>　　v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>　　　　Defendant. | Case No. 15-cv-07123-GJS<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED: May 27, 2016　　　　_____
　　　　　　　　　　　　　　　　GAIL J. STANDISH
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE